AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**
JAN 3 0 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel C. McLeod<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 13-mj-6401 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 29, 2012** in the county of **Rock Island** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of Minor with Intent to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

s/Jeremy McAuliffe

*Complainant's signature*

Jeremy McAuliffe, Special Federal Officer, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

s/Sara Darrow

Date: 1/30/13

*Judge's signature*

City and state: Rock Island, Illinois

Hon. Sara Darrow, U.S. District Court Judge
*Printed name and title*

**AFFIDAVIT**

I, Jeremy McAuliffe, being duly sworn, depose and state that:

**INTRODUCTION**

1. I am a Police Officer for the City of Moline, Illinois and have been deputized as a Special Federal Officer with the United States Secret Service, Quad Cities Cyber Crime Unit. I have so been employed by the City of Moline, Illinois since June, 1996 and deputized as a Special Federal Officer since October, 2011. I am currently assigned to the Criminal Investigations Division at the Moline Police Department, where my duties include computer crimes and investigations involving missing or exploited children. During my time as a Police Officer with the City of Moline, Illinois, I have received training related to computer investigation and forensics examinations of computers. I have participated in several computer crime investigations and investigations involving the sexual exploitation of children, including violations of Title 18 U.S.C., Sections 2251, 2252 and 2252A.

2. This affidavit is made pursuant to Rules 4 and 5(b) of the Federal Rules of Criminal Procedure to support the arrest of, and a criminal complaint charging, Daniel Christopher McLeod of Moline, Illinois, for the transportation of a minor with the intent to engage in criminal sexual activity, in violation of Title 18, United States Code, Section 2423.

3. The elements of the crime of the transportation of a minor with the intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a), are:

   a. The defendant knowingly transported a person in interstate or foreign commerce;

   b. The person was a minor, that is, less than eighteen years of age at the time; and

   c. The defendant intended that the minor engage in sexual activity, which if such sexual activity had occurred or did occur, the defendant would have committed or did

commit a criminal offense, to wit: Aggravated Criminal Sexual Abuse under Illinois Law in violation of 720 ILCS 5/11-1.60(d).[1]

4. I am familiar with the information contained in this affidavit based upon the investigation I have personally conducted, and information provided by law enforcement officers involved in this investigation.

5. Because I am making this affidavit to establish probable cause for McLeod's arrest and the criminal complaint, I have not included in this affidavit each and every fact known to me about this investigation.

### PROBABLE CAUSE

6. On January 11, 2013, an identified mother arrived at the Moline Police Department with her daughter A.R.P. (DOB ▇-99) to report that A.R.P. had informed her that A.R.P. had sexual relations with McLeod (DOB ▇-87) for the last several weeks. As a result, Detective Marcy O'Brien conducted a forensic interview with A.R.P. on January 11, 2013.

7. During the forensic interview, A.R.P. related the following information:

   a. A.R.P advised she met McLeod through a previous boyfriend, who is currently in state custody for sexually abusing A.R.P. A.R.P. advised on or about December 1, 2012 she began communicating with McLeod through Facebook and text messaging. A.R.P. identified her phone number as 309-558-▇, and identified McLeod's phone number as 309-644-▇. During their conversations, A.R.P. advised McLeod she was fourteen years old.

   b. A.R.P. was staying with her aunt in Ottumwa, Iowa and requested McLeod to come and pick her up. On December 29, 2012, McLeod and ▇ Baker drove to Ottumwa, Iowa

---

[1] The Illinois law states, "A person commits aggravated criminal sexual abuse if that person commits an act of sexual penetration or sexual conduct with a victim who is at least 13 years of age but under 17 years of age and the person is at least 5 years older than the victim." 720 ILCS 5/11-1.60(d).

and picked up A.R.P. A.R.P. was reported missing by her Aunt. During the car ride back to Moline, Illinois, A.R.P. advised she and McLeod had sexual intercourse in the back seat of the car. When A.R.P. arrived in Moline, Illinois, she stayed at McLeod's sleeping room located at ███████████ Moline, Illinois. A.R.P. advised she paid ██████ Baker $55.00 for gas and McLeod gave ██████ Baker a XBOX 360 game console for taking him to get A.R.P.

c. During her stay at McLeod's room at ███████████ Moline, Illinois, A.R.P. advised she had sexual intercourse with McLeod multiple times. A.R.P. also advised McLeod performed oral sex on her three times and recorded it with his cell phone. A.R.P. asked McLeod to delete the videos and she believed he did.

d. A.R.P. advised that she performed oral sex on McLeod on January 10, 2013, and that during the act she heard his cell phone click. A.R.P. advised she believes McLeod took photographs or video of her performing oral sex on him on this date with his cell phone.

e. On January 11, 2013, A.R.P. contacted her father's ex-girlfriend and requested she come and pick her up. A.R.P. initially told her she was being held against her will and was being forced to have sex with McLeod. Once A.R.P. was picked up, she was brought to her mother. A.R.P.'s mother then brought A.R.P. to the Moline Police Department to file a report.

8. On January 11, 2013, authorities asked McLeod to come to the Moline Police Department for an interview. McLeod voluntarily came to the Police Department and was interviewed. At the beginning of the interview, McLeod was informed of his *Miranda* Rights. McLeod waived his rights and agreed to speak with Detective Williams and Sgt. Johnson. During the interview, McLeod advised he met A.R.P. about a year ago through a friend named "Freakshow" at the mall. "Freakshow" was later identified as the male individual referred to by A.R.P. as the individual that introduced A.R.P. to McLeod. McLeod advised that A.R.P. told

him she was seventeen at the time. McLeod advised he communicated with A.R.P. through text messages and phone calls. McLeod admitted that he asked ▮▮▮ Baker to drive him to Ottumwa, Iowa to pick A.R.P. up, and that when they did he gave his XBOX 360 to Baker. McLeod advised that Baker and him picked up A.R.P. in late December 2012. McLeod denied taking any photographs or videos of A.R.P. McLeod advised he did not have sexual relations with A.R.P., but they did sleep in the same bed at McLeod's sleeping room at ▮▮▮ in Moline. During the interview, McLeod used a Samsung cell phone to talk to his landlord. After the phone call was complete, the Samsung cell phone was seized as evidence. McLeod was asked for consent to search the Samsung cell phone and he hesitated to sign the form, so Sgt. Johnson advised a search warrant would be obtained. McLeod then left the Moline Police Department. Before he left, McLeod provided Sgt. Johnson with the unlock code to the Samsung Cell phone.

9. On January 14, 2013, Detective O'Brien obtained a State of Illinois search warrant for the Samsung cell phone. The warrant was valid for ninety-six hours. Detective O'Brien never executed the warrant and it expired.

10. On January 16, 2013, Detective O'Brien and I interviewed ▮▮▮ Baker at the Moline Police Department in a voluntary interview. Baker stated that he drove McLeod from Illinois to Ottumwa, Iowa to pick up A.R.P. on December 29, 2012. Baker stated that they picked A.R.P. up and then drove them back to McLeod's place at ▮▮▮ in Moline, Illinois. Baker stated that during the return trip to Illinois, McLeod and A.R.P. were in the back seat laying down together, and that no one was in the front passenger seat. Baker advised when he dropped A.R.P. and McLeod off at ▮▮▮ Moline, Illinois, McLeod told him "I'm going to give her the dick and train her." Baker advised McLeod was referring to A.R.P.

11. On January 28, 2013, I obtained and executed a federal search warrant for the Samsung cell phone. During my preliminary exam, I could not unlock the phone because the unlock code that McLeod provided to Sgt. Johnson on January 11, 2013 did not work. But I was able to examine the Samsung cell phone's Micro SD Card and, during my preliminary analysis, I discovered several possible images of A.R.P. and McLeod in sexual activates. Two of these images are described below:

    a. Image One: Image of a male and female engaged in fellatio. No faces are visible, but a red piece of clothing and the female's breasts are visible.

    b. Image Two: Image of a partial male face up against a person's vagina.

12. On January 28, 2013, Det. O'Brien spoke with McLeod at ███ ██ ███, Moline, Illinois. Det. O'Brien advised McLeod that the unlock code that he had previously provided to Sgt. Johnson was incorrect. Det. O'Brien requested the correct unlock code. McLeod asked Det. O'Brien what she was looking for in his cell phone. Det. O'Brien advised she was looking for text messages showing whether or not McLeod knew A.R.P. was under the age of eighteen years. McLeod told Det. O'Brien he thought A.R.P. was over eighteen years old and provided the unlock code to her.

13. Det. O'Brien returned to the Moline Police Department and provided the unlock code to me. I conducted an exam of the Samsung cell phone using the unlock code and found the following text messages that were made on December 29, 2012 between McLeod and A.R.P. prior to A.R.P. being picked up in Ottumwa, Iowa:

| TO/FROM (No. & Contact Name) | DATE & TIME | TEXT MESSAGE |
|---|---|---|
| To: ███ | 12/29/2012 7:16:48 AM(UTC-6) | K.il c u tomarro.sweet dreams baby |
| From: ███ | 12/29/2012 7:18:09 AM(UTC-6) | Night daddy<3[= |
| To: ███ | 12/29/2012 7:18:45 AM(UTC-6) | Nite baby girl |
| From: ███ | 12/29/2012 7:19:21 AM(UTC-6) | Baby now I'm horny -_- |
| To: ███ | 12/29/2012 7:20:10 AM(UTC-6) | it will b better tomarro.so wait.good nite |
| To: ███ | 12/29/2012 7:20:22 AM(UTC-6) | ps i am to |

| | | |
|---|---|---|
| To: | 12/29/2012 7:20:34 AM(UTC-6) | cant wait 4 2marro |
| From: | 12/29/2012 7:21:46 AM(UTC-6) | K I'll try and keep myself in control ;D I'll try not to dream to much about you papi(; I can't want for tomorrow either..<3' |
| From: | 12/29/2012 12:37:01 PM(UTC-6) | Is it to fuck, Is that why you want me there so bad? |
| From: | 12/29/2012 12:50:17 PM(UTC-6) | |
| From: | 12/29/2012 12:54:35 PM(UTC-6) | Ottumwa, Iowa 52501. |
| To: | 12/29/2012 12:56:13 PM(UTC-6) | What the if ur cuzin can do it then have him do it |
| To: | 12/29/2012 12:56:34 PM(UTC-6) | whats up with the $30 |
| From: | 12/29/2012 12:57:55 PM(UTC-6) | He said he can't :( but she said she'd mail it to me? |
| To: | 12/29/2012 12:58:48 PM(UTC-6) | That can take some days |
| From: | 12/29/2012 12:59:36 PM(UTC-6) | I know :( |
| From: | 12/29/2012 1:12:26 PM(UTC-6) | Thanks for hanging up on me "baby" ... =-O |
| From: | 12/29/2012 2:38:38 PM(UTC-6) | Daddy ... |
| To: | 12/29/2012 2:43:23 PM(UTC-6) | :-)hey baby girl whats good |
| From: | 12/29/2012 2:44:37 PM(UTC-6) | I don't feel guud :( |
| To: | 12/29/2012 2:46:55 PM(UTC-6) | U promised u wont b standing me up.ma u really better not.il make u feel better.k |
| From: | 12/29/2012 2:48:29 PM(UTC-6) | Daddy listen to me I'm not standing you up my stomach just hurts a lot I wasn't trying to say anything about not coming and blowing you off I just wanna lay |
| From: | 12/29/2012 2:48:37 PM(UTC-6) | With you and cuddle... |
| From: | 12/29/2012 2:49:28 PM(UTC-6) | I'm sorry if that was bad fuck /: |
| To: | 12/29/2012 2:51:07 PM(UTC-6) | I got u my godess i got u.daddys gonna make everything ok.i promise im just so scared ur gonna fuck me over...........i love u 2 |
| From: | 12/29/2012 2:52:46 PM(UTC-6) | I'm about to if you keep saying that shit I'm tired of you doubting me its really getting old .... I didn't say I love you? Lol but alright(: |
| To: | 12/29/2012 2:57:17 PM(UTC-6) | K then il take it back then.but as far as dout.baby im scared u wont come:-( |
| To: | 12/29/2012 2:58:53 PM(UTC-6) | an please dont threaten me like that.that really hurts.u gonna hurt me.an when we were beting gas u said u loved me but il take it back if u dont |
| From: | 12/29/2012 3:03:08 PM(UTC-6) | Baby you haave my address! I'm not a dumb bitch.. I wanna see you I wanna be with you dadddy I really do I'm sorry for "threatening" you I don't mean to baby. |
| From: | 12/29/2012 3:03:29 PM(UTC-6) | Baby you haave my address! I'm not a dumb bitch.. I wanna see you I wanna be with you dadddy I really do I'm sorry for "threatening" you I don't mean to baby. |
| From: | 12/29/2012 3:04:16 PM(UTC-6) | I don't wanna hurt you I really don't. I do remember saying I love you but that was like a hour ago you said it a couple minutes ago is why I said that. |

14. In addition, I found the following text messages dated a day earlier:

| TO/FROM (No. & Contact Name) | DATE & TIME | TEXT MESSAGE |
|---|---|---|
| To: | 12/28/2012 9:56:15 PM(UTC-6) | If u really liked me like u said ud call me back ma. |
| To: | 12/28/2012 9:56:46 PM(UTC-6) | Ma please call me.il do anything please just call me |
| To: | 12/28/2012 9:57:04 PM(UTC-6) | :'( |
| From: | 12/28/2012 9:57:42 PM(UTC-6) | If you really liked me like you said you did.you wouldn't think of me as just some 14 year old. I knew I shouldn't of told you my age. |
| To: | 12/28/2012 9:57:48 PM(UTC-6) | ....... |
| From: | 12/28/2012 9:58:28 PM(UTC-6) | I'm glad my boyfriend actually accepts my age. |
| To: | 12/28/2012 9:58:45 PM(UTC-6) | Ma please call me..... ppppllllleeeeeaaaasssssseeeee |
| To: | 12/28/2012 10:01:09 PM(UTC-6) | Thats not what i ment ma.i swear.u need to call me please |
| To: | 12/28/2012 10:01:19 PM(UTC-6) | :'( |
| From: | 12/28/2012 10:01:38 PM(UTC-6) | For what I'm just some 14 year old remember. |
| From: | 12/28/2012 10:02:10 PM(UTC-6) | I'll go call my boyfriend who doesn't care about my age.. |
| To: | 12/28/2012 10:02:32 PM(UTC-6) | i give up man.i knew this waz too good to b true.an thats not what i ment but belive what u want |
| From: | 12/28/2012 10:03:29 PM(UTC-6) | That's surly wuhh it sounded like ... |
| To: | 12/28/2012 10:06:13 PM(UTC-6) | ################################ |
| To: | 12/28/2012 10:06:27 PM(UTC-6) | but il leave u alone.sorry |

15. On January 29, 2013, Det. O'Brien, Special Agent William Shink, and I interviewed A.R.P. at school. A.R.P. was able to identify the two images described above. A.R.P. advised the red clothing in Image One was a pair of Angry Birds pajama pants she had. I then showed her a picture of red Angry Birds pajama pants seized at ▮▮▮▮▮▮▮ Moline, Illinois. A.R.P. advised those were her pajama pants and she was wearing them in the image while she was performing fellatio on McLeod at ▮▮▮▮▮▮▮ Moline, Illinois. A.R.P. advised Image Two is the first image of a video McLeod took of himself performing cunnilingus on her. A.R.P. advised McLeod wanted A.R.P. to watch the video, but she did not want to and deleted the

video. A.R.P. advised the image is what was visible on McLeod's cell phone when he showed it to her and wanted her to watch the video. A.R.P. again stated that she and McLeod had sexual intercourse several times at ▮▮▮▮▮▮▮▮ Moline, Illinois and in the vehicle as Baker drove them from Ottumwa, Iowa to Moline, Illinois. I then showed A.R.P. printed text messages between the Samsung cell phone and phone number (309) 558-▮▮▮. A.R.P. identified phone number (309) 558-▮▮▮ as her cell phone number. A.R.P. read several of the messages and advised it was conversation between her and McLeod. I specifically asked her to read the portion of the text messages listed above and she advised it was a conversation between her and McLeod and she told him her age was fourteen years old. A.R.P. advised McLeod would tell other people she was nineteen years old if they asked.

16. On January 29, 2013, S/A Shink and I found McLeod at ▮▮▮▮▮▮▮▮ Moline, Illinois. McLeod was read his Miranda rights by S/A Shink and agreed to speak with us. McLeod advised A.R.P. told him she was eighteen years old. McLeod advised he had sex with A.R.P. multiple times at ▮▮▮▮▮▮▮▮ Moline, Illinois. McLeod advised A.R.P. friended him on Facebook and initiated their friendship. McLeod advised A.R.P. was never held against her will and could have left at any time. McLeod was asked if recorded A.R.P. performing any sex acts, and he advised he video recorded A.R.P. performing fellatio on him. McLeod advised he deleted the video after A.R.P. requested him to. McLeod asked if he was going to be arrested and Special Agent Shink advised he was. McLeod was arrested and transported to the Moline Police Department.

17. Once at the Moline Police Department, Special Agent Shink and Det. O'Brien continued to interview McLeod. At the start of the interview, McLeod was advised of his Miranda Rights again. McLeod agreed to continue speaking with Special Agent Shink and Det. O'Brien.

McLeod looked at the same two images that A.R.P. did and identified himself performing cunnilingus on a female in Image Two, but was not sure if the female in the image was A.R.P. or another female "Dee." McLeod also believed Image One described above depicted either A.R.P. or "Dee" performing fellatio on him. McLeod advised the video of him performing cunnilingus on A.R.P. was video recorded by A.R.P. with his cell phone. McLeod again admitted to having sexual intercourse with A.R.P. two or three times and admitted ejaculating inside A.R.P. each time.

18. Based on the foregoing, I respectfully request that this Court find probable cause for the arrest and criminal complaint charging Daniel C. McLeod with transportation of a minor with the intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a).

Dated: 1-30-13

By: s/Jeremy McAuliffe
Jeremy McAuliffe
Special Federal Officer
United States Secret Service
Quad Cities Cyber Crime Unit

Subscribed to and sworn to before me on January 30th, 2013.
s/Sara Darrow

The Honorable Sara Darrow
United States District Court Judge
Central District of Illinois, Rock Island Division