E-FILED
Sunday, 02 March, 2014   03:46:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-CR-40044 |
| DANIEL C. McLEOD, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court on the government's motion for entry of a Preliminary Order of Forfeiture upon Defendant Daniel C. McLeod's plea of guilty and pursuant to 18 U.S.C. §2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1. The Superseding Indictment herein sought forfeiture, pursuant to 18 U.S.C. §2253, of any and all interest the defendant may have in and to all visual depictions or other matter containing such visual depiction which was produced, transported, shipped, received or possessed as alleged in the Indictment; any property, real or personal constituting or traceable to gross profits or other proceeds obtained from the offense alleged in the Indictment; and all property, real or personal, used or intended to be used to commit or promote the commission of the offense charged in the Indictment, including but not limited to one (1) Samsung Galaxy S Cell Phone.

3. On January 24, 2014, the defendant entered into a written plea agreement with the United States whereby he pled guilty to Count 2 (Unlawful Transportation of a Minor) of the Indictment, admitted the conduct which formed the basis of the forfeiture allegations of the Indictment and agreed to the forfeiture of the cell phone referred to above.

3. Based upon the defendant's admissions in his plea agreement and at the time of his change of plea and the evidence presented by the United States, this Court finds that the Government has established the appropriate nexus between the items to be forfeited and the offenses to which the defendant pled and that such items are, therefore, subject to forfeiture to the United States.

This Court hereby grants the United States' Motion for entry of a Preliminary Order of Forfeiture. Accordingly, it is hereby ordered, adjudged and decreed as follows:

A. All right, title and interest in and to the following property is hereby forfeited to the United States of America and the United States is hereby authorized to seize said property for disposition in accordance with law subject to the provisions of 18 U.S.C. § 2253:

> One (1) Samsung Galaxy S cellular telephone, Model SPH-D700, bearing HEX A0000024177700.

B. The above mentioned property is to be held by the United States until further order of this court.

C.  Pursuant to 18 U.S.C. § 2253, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Gregory Gilmore, Assistant United States Attorney within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty days on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice.

D.  Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

ENTER: __2/28__, 2014.

/s/ Sara Darrow

_____
U.S. District Judge Sara Darrow